For full opinion see 178 NE 222; 40 Oh Ap 110 (Oh Bar 1-5-32).

For full opinion see 178 NE 15; 40 Oh Ap 130 (Oh Bar 1-5-32).

**SMITH v CARES**

Ohio Appeals, 7th Dist, Geauga Co

Decided Feb 6, 1931

**CINCINNATI (city) v METZE, Admr**

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 1, 1931

For full opinion see 178 NE 36; 39 Oh Ap 564 (Oh Bar 12-15-31).

**TROOP A RIDING ACADEMY v STEVERDING**

Ohio Appeals, 8th Dist, Cuyahoga Co

Decided April 20, 1931